## UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

James L. Corpening, Jr.
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8686
Fax: 919-861-5555

**DATE:** September 29, 2023

**FROM:** Timothy L. Gupton
Senior U.S. Probation Officer

**SUBJECT:** **AMERSON, Brian Keith**
**Case No.: 5:13-CR-310-1BO**
**Request for Early Termination**

**TO:** Terrence W. Boyle
United States District Judge

On September 30, 2014, Brian Keith Amerson was convicted of Conspiracy to Distribute and Possess With Intent to Distribute 280 Grams or More of Cocaine Base (Crack) and 5 Kilograms or More of Cocaine and Possess, Use, and Carry of a Firearm in Furtherance of a Drug Trafficking Crime. Mr. Amerson appeared in United States District Court for the Eastern District of North Carolina and received 103 months imprisonment, followed by five years of supervised release. He began supervision on March 11, 2021.

Mr. Amerson has performed satisfactorily on supervision. He has submitted to DNA testing, has had no new criminal charges, and has been on low intensity supervision since October 2022. All drug screens have been negative. Mr. Amerson is also gainfully employed and has satisfied all his monetary obligations. His term of supervision is set to expire on March 10, 2026.

The probation office is requesting early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☑ I agree with the recommendation and have signed the enclosed Order.
☐ I disagree with the recommendation. I will reconsider in one year.
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____      10-2-23
Terrence W. Boyle                                  Date
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.

Crim. No. 5:13-CR-310-1BO

**BRIAN KEITH AMERSON**

On March 11, 2021, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

> I declare under penalty of perjury that the foregoing is true and correct.
>
> /s/Timothy L. Gupton
> Timothy L. Gupton
> Senior U.S. Probation Officer
> 310 New Bern Avenue, Room 610
> Raleigh, NC 27601-1441
> Phone: 919-861-8686
> Executed On: September 29, 2023

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this ___2___ day of ___October___, 2023.

Terrence W. Boyle
United States District Judge